IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF HAWAI'I, etc., et al., | ) ) ) ) ) | CIVIL 94-00765DAE-KSC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 4, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends and Our Children's Earth Foundation's Motion to Intervene" are adopted

as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, May 24, 2007.



_____
David Alan Ezra
United States District Judge

United States of America, et al. vs. City and County of Honolulu, et al., Civil No. 94-00765 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS